IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>)<br>Plaintiff,          )<br>)<br>vs.          )<br>)<br>MARIA SANDOVAL,          )<br>)<br>Defendant.          ) | 8:10CR158<br><br>ORDER |

    This matter is before the court on defendant's second "Unopposed Motion To Continue Date for Filing Pretrial Motions" [96]. Pretrial motions were originally due June 15, 2010. The defendant previously requested an extension to July 13, 2010; however, the court found that only an extension to June 24, 2010 was warranted. That order was not challenged.

    The pending motion is virtually identical to the defendant's prior motion. The court finds that the defendant has not shown good cause for a further extension of the pretrial motion deadline

    Pursuant to the Speedy Trial Act,18 U.S.C. § 3161(h)(7)(A), the court further finds that the "ends of justice" purportedly served by granting the defendant's requested continuance do not outweigh the interests of the public and the defendant in a speedy trial. *See generally Zedner v. United States*, 547 U.S. 489 (2006).

    **IT IS ORDERED:**

    1. Defendant's Motion To Continue Date for Filing Pretrial Motions [96] is denied.

    2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

    **DATED this 24th day of June, 2010.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**