IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA SANDOVAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the statement of objections to magistrate judge's order (Filing No. 99). The Court has reviewed defendant's original motion (Filing No. 96), and finds the objections are well taken and that the motion should be granted. Accordingly,

IT IS ORDERED that the objections to the magistrate judge's order are sustained. Defendant shall have until July 13, 2010, to file pretrial motions.

DATED this 1st day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court